535 A.2d 1052

**GERMANTOWN SAVINGS BANK, Appellant at No. 39**

**and**

**I.C.S. Corporation, Appellant at No. 160**

v.

**CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1988.

Decided Jan. 22, 1988.

Vincent R. McGuinness, Jr., Stephen A. Cozen, Philadelphia, for appellant.

Denise D. Colliers, Deputy City Sol., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.